JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-01952-SSS-SPx | Date | February 28, 2023 |
|---|---|---|---|
| Title | *Johnathan Lester, et al. v. County of San Bernardino, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On February 6, 2023, the Court issued an order directing Plaintiffs to show cause, in writing, on or before February 20, 2023, why this action should not be dismissed for lack of prosecution [Dkt. 18]. As of today's date, Plaintiffs have not responded. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**